MICHAEL KATAPODIS, as Administrator of the Estate of WILLIAM KATAPODIS, Deceased, Respondent, *v.* RIDGE CONTRACTING Co., INC., Appellant, et al., Defendants.

Submitted April 3, 1944; decided April 13, 1944.

*George J. Stacy* opposed.

Motion denied, with ten dollars costs.